Barry W. Davidson
DAVIDSON ❖ MEDEIROS
1280 Bank of America Center
601 West Riverside Avenue
Spokane, Washington 99201
(509) 624-4600

Attorney for Willow Wind Organic Farms, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re. . .<br><br>**WILLOW WIND ORGANIC FARMS, INC.,**<br><br>Debtor.<br><br>In re. . .<br><br>**ROY STEVE WALSER,**<br><br>Debtor. | Jointly Administered Under:<br>No. **03-09997-W11**<br>Chapter **11**<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: CONFIRMATION OF SECOND AMENDED PLAN OF REORGANIZATION**<br><br>**(WILLOW WIND ORGANIC FARMS, INC.)** |

This matter came on for hearing upon the Second Amended Plan of Reorganization that was filed by Willow Wind Organic Farms, Inc. ("Willow Wind") on March 12, 2007. The Court considered the comments of counsel, and the records and files herein, including the following:

- Second Amended Disclosure Statement;

- Second Amended Plan Of Reorganization;

- Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof;

Page 1
Findings of Fact and Conclusions of Law Re:
Confirmation of Second Amended Plan of Reorganization
Pleadings\Willow Wind.cn

DAVIDSON ❖ MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL SERVICE CORPORATION
1280 BANK OF AMERICA CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

03-09997-PCW11    Doc 2413    Filed 08/28/07    Entered 08/28/07 13:51:31    Pg 1 of 7

- Classification Of Claims;

- United States Trustee's Objection to Confirmation of Second Amended Plan;

- Report of Balloting;

- Declaration Of R. Steve Walser In Support Of Confirmation Of Second Amended Plan Of Reorganization;

- Motion For Order Authorizing Modification Of Second Amended Plan Of Reorganization, And Limiting Notice Thereof;

- Order Authorizing Modification Of Second Amended Plan Of Reorganization, Limiting Notice Thereof, And Shortening Time; and

- [Proposed] Stipulated Order Confirming Second Amended Plan of Reorganization.

Based on the foregoing, the Court enters the following FINDINGS OF FACT:

1. Willow Wind filed a Second Amended Disclosure Statement ("Disclosure Statement") and the Second Amended Plan of Reorganization ("Plan") on March 12, 2007.

2. On May 21, 2007, following appropriate notice, the Court entered an Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof.

3. Pursuant to the Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof, Willow Wind transmitted the Disclosure Statement and Plan, and related materials, to the Master Mailing List on May 25, 2007.

Page 2
Findings of Fact and Conclusions of Law Re:
Confirmation of Second Amended Plan of Reorganization
Pleadings\Willow Wind.cn

DAVIDSON ❖ MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL SERVICE CORPORATION
1280 BANK OF AMERICA CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

03-09997-PCW11    Doc 2413    Filed 08/28/07    Entered 08/28/07 13:51:31    Pg 2 of 7

4.  The Plan contains no unusual classifications of claims or interest. Similar claims are classified together, and are treated equally within each class. The Plan provides the same treatment for each claim or interest within a particular class.

5.  Willow Wind did not solicit acceptances or rejections of the Plan except as authorized by the Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof.

6.  The Plan proposes to pay general unsecured creditors in full. By stipulation with the United States Trustee, the Reorganized Willow Wind shall pay simple interest at the rate of eight percent (8.00%) per annum to each general unsecured creditor holding a Class WWOF-5 Allowed Claim from the Effective Date until that creditor receives full payment including interest. The final payment to Class WWOF-5 Claimants, payable not later than May of 2010, shall be increased to the extent necessary to fund the interest obligation of Willow Wind to Class WWOF-5 Claimants.

7.  The plan has been proposed in good faith and not by any means forbidden by law.

8.  The compensation of Davidson ❖ Medeiros and BDO Seidman LLP for services rendered through the Confirmation Date will be subject to Court approval after notice and hearing. Davidson ❖ Medeiros and BDO Seidman LLP

Page 3
Findings of Fact and Conclusions of Law Re:
Confirmation of Second Amended Plan of Reorganization
Pleadings\Willow Wind.cn

DAVIDSON ❖ MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL SERVICE CORPORATION
1280 BANK OF AMERICA CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

03-09997-PCW11    Doc 2413    Filed 08/28/07    Entered 08/28/07 13:51:31    Pg 3 of 7

will be employed after confirmation at their normal and usual hourly rates, plus reimbursement for expenses.

9. Willow Wind will continue operating its business under the management of Roy Steve Walser and Margaret Walser, whose identity and compensation has been disclosed. The continuance in office of such individuals is consistent with the interests of creditors and equity security holders and with public policy. There will be no other insiders or other individuals employed or retained after reorganization, other than Davidson ❖ Medeiros and BDO Seidman LLP.

10. The Plan provides for no rate changes after confirmation of the Plan with any governmental regulatory commission with jurisdiction over the rates of Willow Wind.

11. The United States Trustee filed an Objection to Confirmation of Second Amended Plan on June 4, 2007. That objection has been resolved pursuant to the terms of the proposed Stipulated Order Confirming Plan of Reorganization submitted herein. No other objections to confirmation of the Plan were filed.

12. Willow Wind and the United States of America, Internal Revenue Service, have agreed to include provisions in the proposed Stipulated Order Confirming Plan of Reorganization providing that the Internal Revenue Service Proof of Claim in the amount of $982.97, filed as Amendment No. 2 to the

Page 4
Findings of Fact and Conclusions of Law Re:
Confirmation of Second Amended Plan of Reorganization

DAVIDSON ❖ MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL SERVICE CORPORATION
1280 BANK OF AMERICA CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Internal Revenue Service Proof of Claim dated April 21, 2004, shall be paid in full by offset on the Effective Date of the Second Amended Plan of Reorganization.

13. Class WWOF-5 is impaired. All votes received were from creditors within the WWOF-5 Class. Ninety-six percent (96%) by amount and seventy-five percent (75%) by number voted to accept the Plan.

14. According to the Declaration of Roy Steve Walser, and the Analysis of Return on Liquidation, creditors will receive a greater distribution under the Plan than would be received through liquidation.

15. The Plan provides for the financial reorganization of Willow Wind. Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Willow Wind.

16. The Plan provides for payment of administrative claims upon confirmation, or upon allowance by the Court.

17. The Plan provides for payment of all U.S. Trustee fees when due, through the closing of the case.

18. Willow Wind sponsors no retiree benefits.

Based on the foregoing FINDINGS OF FACT, the Court enters the following CONCLUSIONS OF LAW:

1. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law; and

2. The provisions of Chapter 11 have been complied with; the Plan has

Page 5
Findings of Fact and Conclusions of Law Re:
Confirmation of Second Amended Plan of Reorganization

DAVIDSON ❖ MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL SERVICE CORPORATION
1280 BANK OF AMERICA CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

03-09997-PCW11    Doc 2413    Filed 08/28/07    Entered 08/28/07 13:51:31    Pg 5 of 7

been proposed in good faith and not by means forbidden by law; and

3. Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan, property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if Willow Wind were liquidated under Chapter 7 of the Code on such date, or the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that are impaired under the Plan and has not accepted the Plan; and

4. All payments made or promised by Willow Wind or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court; and

5. The identity, qualifications, and affiliations of the persons who are to be directors or officers, if any, of Willow Wind after confirmation of the Plan have been fully disclosed, and the appointment of such persons to such offices or the continued appointment of such persons to such offices, or their continuance therein, is equitable and consistent with the interests of the creditors and equity security holders and with public policy; and

6. The identity of any insider that will be employed or retained by Willow Wind and their compensation has been fully disclosed; and

Page 6
Findings of Fact and Conclusions of Law Re:
Confirmation of Second Amended Plan of Reorganization
Pleadings\Willow Wind.cn

DAVIDSON ❖ MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL SERVICE CORPORATION
1280 BANK OF AMERICA CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

03-09997-PCW11    Doc 2413    Filed 08/28/07    Entered 08/28/07 13:51:31    Pg 6 of 7

7. Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Willow Wind; and

8. The Plan shall be substantially consummated pursuant to 11 USC 1101(2) upon assumption by Willow Wind of the management of the property dealt with under the Plan, upon full payment of all administrative expenses, and upon the conclusion of all adversary and contested matters.

Presented by:

DAVIDSON ❖ MEDEIROS

  /s/ Barry W. Davidson
Barry W. Davidson, WSBA No. 07908
Attorney for Willow Wind Organic
Farms, Inc.



_____
Patricia C. Williams
Bankruptcy Judge

08/28/2007 10:39:31 AM

Page 7
Findings of Fact and Conclusions of Law Re:
Confirmation of Second Amended Plan of Reorganization
Pleadings\Willow Wind.cn

DAVIDSON ❖ MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL SERVICE CORPORATION
1280 BANK OF AMERICA CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

03-09997-PCW11    Doc 2413    Filed 08/28/07    Entered 08/28/07 13:51:31    Pg 7 of 7